UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY J., individually, and on behalf of D.J,<br><br>Plaintiff,<br><br>v.<br><br>PREMERA BLUE CROSS OF WASHINGTON; PROVIDENCE REGIONAL MEDICAL CENTER; TOTAL REWARDS MANAGEMENT COMMITTEE; PROVIDENCE HEALTH & SERVICES; and THE PROVIDENCE HEALTH & SERVICES HEALTH AND WELFARE PLAN (PN 501),<br><br>Defendant. | No. 2:25-cv-01947-JHC<br><br>ORDER GRANTING JOINT STIPULATION EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT |

The Court GRANTS the motion at Dkt. 8. IT IS ORDERED that Defendant Providence Regional Medical Center shall have until **March 11, 2026** to move, answer, or otherwise respond to the Complaint.

DATED: February 20, 2026.

_____
John H. Chun
United States District Judge

ORDER GRANTING JOINT STIPULATION EXTENDING DEFENDANT'S
DEADLINE TO RESPOND TO COMPLAINT - 1-
No. 2:25-cv-01947