UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY J., individually, and on behalf of D.J, <br><br> Plaintiff, <br><br> v. <br><br> PREMERA BLUE CROSS OF WASHINGTON; PROVIDENCE REGIONAL MEDICAL CENTER; TOTAL REWARDS MANAGEMENT COMMITTEE; PROVIDENCE HEALTH & SERVICES; and THE PROVIDENCE HEALTH & SERVICES HEALTH AND WELFARE PLAN (PN 501), <br><br> Defendant. | No. 2:25-cv-01947-JHC <br><br> ORDER GRANTING SECOND JOINT STIPULATION EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT |

**ORDER**

**IT IS ORDERED** that Defendant Providence Regional Medical Center shall have until **April 10, 2026** to move, answer, or otherwise respond to the Complaint.

DATED: __April 1st, 2026_____

_John H. Chun_
The Honorable John H. Chun

ORDER GRANTING SECOND JOINT STIPULATION EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT
No. 2:25-cv-01947